**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BOBBY R. GREEN
ADC #95057                                                                                                         PLAINTIFF

V.                                        5:04CV00247 GH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this § 1983 action is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 22nd day of September, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE